IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GRISSO,

    Petitioner,                    No. CIV S-06-0865 DFL PAN P

    vs.

STEVE MOORE, Acting Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 24, 2006, petitioner filed a request for permission to file exhibits manually.  Good cause being shown, petitioner's request will be granted.  Petitioner will be granted leave to file manually the exhibits included with his request, which will be maintained on paper in the records of this court.  This order covers no other documents.  Petitioner shall forthwith contact Keith Holland, Operations Manager in the Office of the Clerk of the Court to discuss options for electronic filing of any documents to be filed in this action in the future.

/////

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that petitioner's April
2  24, 2006 request for permission to file manually the exhibits included with said request is
3  granted. Said exhibits shall be maintained on paper.
4  DATED: June 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14/12gris0865.o