IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRISSO,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>STEVE MOORE, Acting Warden, Deuel Vocational Institute,<br><br>　　　　　Respondent. | No. 2:06-cv-00865-TMB<br><br>ORDER TO SHOW CAUSE |

　　　　IT IS HEREBY ORDERED THAT, within 15 days of the date of this order, the parties are to show cause why further proceedings in this matter should not be stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392.

　　　　Dated: November 26, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge