# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

<u>JAMES GRISSO</u>   v.   <u>STEVE MOORE, Warden (A)</u>

DATE: <u>January 14, 2009</u>                                           CASE NO. <u>2:06-cv-00865-TMB</u>

THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**

---

    **IT IS HEREBY ORDERED THAT**, should the Petitioner be granted parole, not later than 30 days after the decision of the Board of Parole Hearings becomes effective, Respondent is directed to inform the Court of the action of the Board and the date Petitioner is scheduled to be released on parole.